## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS AHEARN and<br>EILEEN AHEARN,<br>as Parents and Natural Guardians<br>of LOUIS AHEARN, | : <br> : <br> : | |
| **Plaintiffs** | : | CIVIL ACTION NO. 3:19-0868 |
| v. | : | (JUDGE MANNION) |
| EAST STROUDSBURG<br>SCHOOL DISTRICT and<br>COLONIAL INTERMEDIATE<br>UNIT 20, | : <br> : <br> : | |
| **Defendants** | : | |

## O R D E R

In light of the memorandum issued this same day, defendants' motion to dismiss, **(Doc. 8)**, is **GRANTED** since the court lacks subject matter jurisdiction over plaintiffs' federal claims, Counts I & II, of their amended complaint, **(Doc. 5)**. Plaintiffs' federal claims against defendants are **DISMISSED WITHOUT PREJUDICE**. The clerk of court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 13, 2020**

19-0868-01-ORDER.wpd